# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

GEORGE PRICE, )
        Plaintiff, )
)
v. ) No. 03-1122-CV-W-FJG
)
YELLOW TRANSPORTATION, INC., )
        Defendant. )

## JUDGMENT IN A CIVIL CASE

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

    (1) Defendants' Motion for Summary Judgment (Doc. No. 37) is **GRANTED IN FULL**;

    (2) Pursuant to the Court's February 24, 2005 Order (Doc. No. 44), the Court has determined that sanctions against plaintiff are not warranted in this matter; and

    (3) All remaining motions in this case are **DENIED AS MOOT.**


April 22, 2005                      Patricia L. Brune
Date                             Clerk

                                   /s/ Rhonda Enss
                                   (by) Deputy Clerk